FILED: January 11, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 18-6654
(4:06-cr-00098-MSD-FBS-1)
(4:17-cv-00066-MSD)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

MARLON PETTAWAY, a/k/a Chrome

Defendant - Appellant

---

J U D G M E N T

---

In accordance with the decision of this court, a certificate of appealability is denied and the appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK