# EXHIBIT
# A

| | | | |
|---|---|---|---|
| Facility: | LEE LEE USP | Proj. Rel. Date: | 06-06-2072 |
| Name: | PETTAWAY, MARLON | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 65457-179 | DNA Status: | HAZ03497 / 06-15-2011 |
| Age: | 48 | [redacted] | |
| Date of Birth: | [redacted] | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| LEE | A&O UNASSG | PENDING A&O COMPLETION | 03-16-2023 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| LEE | ESL HAS | ENGLISH PROFICIENT | 06-07-2007 |
| LEE | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-07-2007 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ALP CHG | C | ACE CRC YOU'RE FIRED:LOSE JOB | 01-18-2023 | 01-18-2023 |
| ALP CHG | C | ACE CRC 9 TO 5 BEATS 10 TO LFE | 01-12-2023 | 01-12-2023 |
| ALP CHG | C | COMMERCIAL DRIVERS LICENSE | 10-14-2021 | 01-11-2022 |
| ALP CHG | C | ACE STOP THE VIOLENCE CLASS | 10-01-2021 | 11-18-2021 |
| ALP | C | NUTRITION AND BODY COMP | 05-01-2021 | 05-30-2021 |
| ALP | C | MUSCULAR FLEXIBILITY & COMPRE | 04-12-2021 | 04-26-2021 |
| ALP | C | THE CARDIOVSCULAR AND THE LYMP | 03-16-2021 | 03-30-2021 |
| ALP | C | RHU ACE MIND STRENGTH | 09-30-2020 | 10-30-2020 |
| ALP | C | RHU ACE HISTORY MANIFEST DEST | 09-17-2020 | 10-30-2020 |
| ALP | C | RHU ACE INTRO TO OSHA | 09-09-2020 | 09-30-2020 |
| ALP | C | RHU ANIMAL ANATOMY 8:BLOOD | 08-31-2020 | 09-30-2020 |
| ALP | C | RHU ANIMAL ANATOMY 7:MUSCLE | 08-31-2020 | 09-30-2020 |
| ALP | C | RHU ANIMAL ANATOMY 6:SKELETON | 08-24-2020 | 09-30-2020 |
| ALP | C | RHU ANIMAL ANATOMY 5:SKIN | 08-24-2020 | 09-30-2020 |
| ALP | C | RHU ASVAB CAREER EXPLORATION | 07-27-2020 | 08-31-2020 |
| ALP | C | SKELETAL SYSTEM | 08-03-2020 | 08-16-2020 |
| ALP | C | MUSCULAR FLEXIBILITY & COMPRE | 07-11-2020 | 07-31-2020 |
| ALP | C | RHU EMAIL BASICS | 07-13-2020 | 07-30-2020 |
| ALP | C | RHU ACE GUIDE TO ONLINE SAFETY | 06-29-2020 | 07-15-2020 |
| ALP | C | RHU RESUME WRITING | 06-04-2020 | 07-15-2020 |
| ALP | C | RHU START A SMALL BUSINESS | 05-28-2020 | 06-25-2020 |
| ALP | C | RHU WORLD WAR 1 | 05-21-2020 | 06-09-2020 |
| ALP | C | ACE WORLD WAR 2 HISTORY IN RHU | 05-21-2020 | 06-02-2020 |
| ALP | C | RHU EXPLORING EUROPE | 05-14-2020 | 06-02-2020 |
| ALP | C | NUTRITION AND BODY COMP | 05-21-2020 | 05-27-2020 |
| ALP | C | RHU OUR SOLAR SYSTEM | 05-14-2020 | 05-27-2020 |
| ALP | C | ACE EARTH SCIENCE FOR RHU'S | 05-07-2020 | 05-22-2020 |
| ALP | C | PHYSICAL FIT AND BEHAVIOR MOD | 05-02-2020 | 05-16-2020 |
| ALP | C | RHU FDIC $ SMART 11:FIN RECOVR | 04-30-2020 | 05-13-2020 |
| ALP | C | RHU FDIC $ SMART 10:OWN HOME | 04-30-2020 | 05-12-2020 |
| ALP | C | RHU FDIC $ SMART 9:LOAN | 04-30-2020 | 05-12-2020 |
| ALP | C | RHU FDIC $ SMART 8:CHARGE IT | 04-23-2020 | 04-30-2020 |
| ALP | C | RHU FDIC $ SMART 7:CREDIT | 04-23-2020 | 04-30-2020 |
| ALP | C | RHU FDIC $ SMART 6:KEEP SAFE | 04-16-2020 | 04-29-2020 |
| ALP | C | RHU FDIC $ SMART 5:PAY YOURSLF | 04-16-2020 | 04-29-2020 |
| ALP | C | RHU FDIC $ SMART 4:$ MATTERS | 04-09-2020 | 04-21-2020 |
| ALP | C | RHU FDIC $ SMART 3:CHECKING | 04-17-2020 | 04-17-2020 |

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ALP | C | RHU FDIC $ SMART 2:BORROWING | 04-02-2020 | 04-17-2020 |
| ALP | C | RHU FDIC $ SMART 1:BANK ON IT | 04-02-2020 | 04-16-2020 |
| ALP | C | REC PUSH PACKET WEIGHT MNGMT | 08-01-2019 | 08-15-2019 |
| ALP | C | REC PUSH PACKET MUSCLE FLEX | 08-01-2019 | 08-15-2019 |
| LEW SMU | C | SMU PERSONAL GROWTH IV RPP 6 | 09-01-2015 | 10-27-2015 |
| LEW SMU | C | ACTIVITY PACKET ROUND I | 08-27-2015 | 10-12-2015 |
| LEW SMU | C | SMU RADIO WELLNESS ROUND I | 08-27-2015 | 10-05-2015 |
| LEW SMU | C | SMU ACE ROUND 1 | 08-19-2015 | 09-22-2015 |
| LEW SMU | C | RADIO SMU PARENTING H RPP6 | 06-09-2015 | 07-28-2015 |
| LEW SMU | C | RADIO SMU PARENTING I RPP6 | 08-18-2015 | 08-18-2015 |
| LEW SMU | C | LEXINGTON/PICKETTS CHARGE RPP6 | 06-09-2015 | 07-31-2015 |
| LEW SMU | C | CHINA/THE SILK ROAD RPP6 | 06-09-2015 | 07-31-2015 |
| LEW SMU | C | DOUBLE YOUR PRODUCTIVITY RPP2 | 06-09-2015 | 07-31-2015 |
| LEW SMU | C | MONEY AND YOU/WORLD WORKS | 06-09-2015 | 07-31-2015 |
| LEW SMU | C | SMU PERSONAL GROWTH III RPP 6 | 03-30-2015 | 08-04-2015 |
| LEW SMU | C | ACTIVITY PACKET ROUND H | 06-22-2015 | 07-20-2015 |
| LEW SMU | C | SMU RADIO WELLNESS ROUND H | 06-22-2015 | 07-20-2015 |
| LEW SMU | C | RADIO SMU PARENTING G RPP6 | 04-14-2015 | 06-02-2015 |
| LEW SMU | C | VAL ASSET/JOB YOU WANT RPP2 | 04-14-2015 | 05-26-2015 |
| LEW SMU | C | COLUMBUS/MICHELANGELO RPP6 | 04-14-2015 | 05-26-2015 |
| LEW SMU | C | DECISION TRAPS/FRAMING RPP6 | 04-14-2015 | 05-26-2015 |
| LEW SMU | C | MASTERING TIME/PRODUCTIV RPP6 | 04-14-2015 | 05-26-2015 |
| LEW SMU | C | ACTIVITY PACKET ROUND G | 04-21-2015 | 05-19-2015 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND G | 04-21-2015 | 05-19-2015 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND G | 04-21-2015 | 05-19-2015 |
| LEW SMU | C | SMU RADIO MEMORY ROUND G | 04-21-2015 | 05-19-2015 |
| LEW SMU | C | HISTORY/NEOLITHIC REVOLUT RPP6 | 02-17-2015 | 04-06-2015 |
| LEW SMU | C | MONEY/SOCIAL CONTRACT RPP3 | 02-17-2015 | 04-06-2015 |
| LEW SMU | C | TOOLS OFTHINK/THINK BASIC RPP6 | 02-17-2015 | 04-06-2015 |
| LEW SMU | C | WAR/ELECTION OF 1860 RPP6 | 02-17-2015 | 04-06-2015 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND F | 02-27-2015 | 03-25-2015 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND F | 02-27-2015 | 03-25-2015 |
| LEW SMU | C | SMU RADIO MEMORY ROUND F | 02-27-2015 | 03-25-2015 |
| LEW SMU | C | RADIO SMU PARENTING F RPP6 | 02-03-2015 | 03-17-2015 |
| LEW SMU | C | RADIO SMU PARENTING E RPP6 | 12-09-2014 | 01-27-2015 |
| LEW SMU | C | TURBO STRATEGY RPP3 | 12-10-2014 | 01-27-2015 |
| LEW SMU | C | DECISIONS/COGNATV BIASES RPP6 | 12-10-2014 | 01-27-2015 |
| LEW SMU | C | TRADE&CONTACTS/IMITATION RPP6 | 12-10-2014 | 01-27-2015 |
| LEW SMU | C | CONFLCT&DEB/CONSTRUCTIVE RPP6 | 12-10-2014 | 01-27-2015 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND E | 02-02-2015 | 02-06-2015 |
| LEW SMU | C | SMU RADIO MEMORY ROUND E | 02-02-2015 | 02-06-2015 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND E | 02-02-2015 | 02-06-2015 |
| LEW SMU | C | RADIO SMU PARENTING D RPP6 | 10-28-2014 | 12-02-2014 |
| LEW SMU | C | LEARNING MADE SIMPLE RPP6 | 10-28-2014 | 12-09-2014 |
| LEW SMU | C | NEGOTIATE THE BEST DEAL RPP2 | 10-28-2014 | 12-09-2014 |
| LEW SMU | C | SUPER SALES MANAGEMENT RPP2 | 10-28-2014 | 12-09-2014 |
| LEW SMU | C | SMITH V MARX/DARWIN RPP6 | 10-28-2014 | 12-09-2014 |
| LEW SMU | C | ACTIVITY PACKET ROUND D | 11-05-2014 | 12-03-2014 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND D | 11-05-2014 | 12-03-2014 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND D | 11-05-2014 | 12-03-2014 |
| LEW SMU | C | SMU RADIO MEMORY ROUND D | 11-05-2014 | 12-03-2014 |
| LEW SMU | C | RADIO SMU PARENTING C RPP6 | 08-12-2014 | 10-01-2014 |
| LEW SMU | C | SMU DRAWING CHALLENGE ROUND C | 09-26-2014 | 10-23-2014 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND C | 09-19-2014 | 10-22-2014 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND C | 09-19-2014 | 10-22-2014 |
| LEW SMU | C | SMU RADIO MEMORY ROUND C | 09-19-2014 | 10-22-2014 |
| LEW SMU | C | SMU PERSONAL GROWTH II RPP 6 | 08-13-2014 | 10-16-2014 |

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| LEW SMU | C | HISTORY-CLASSICAL/POSTCL RPP6 | 08-05-2014 | 09-30-2014 |
| LEW SMU | C | PROB SOLV/DECISION MKNG RPP6 | 08-05-2014 | 09-30-2014 |
| LEW SMU | C | PSYCH SUCCESS/MENTAL ACC RPP6 | 08-05-2014 | 09-30-2014 |
| LEW SMU | C | AMBIG SITUAT/WISDOM RPP6 | 08-05-2014 | 09-30-2014 |
| LEW SMU | C | SMU PERSONAL GROWTH I RPP 6 | 04-29-2014 | 08-13-2014 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-30-2018 |
| CARE1-MH | CARE1-MENTAL HEALTH | 04-29-2011 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-30-2018 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 06-28-2016 |

**FRP Payment Plan**

Most Recent Payment Plan

**FRP Assignment:** **NO OBLG** **FINANC RESP-NO** **Start: 09-14-2015**

Inmate Decision: **AGREED** **$25.00** Frequency: **QUARTERLY**
Payments past 6 months: $0.00 Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $800.00 | $800.00 | IMMEDIATE | EXPIRED |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |
| 2 | ASSMT | $100.00 | $75.00 | IMMEDIATE | EXPIRED |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |

**FRP Deposits**

Trust Fund Deposits - Past 6 months: $1,146.00 Payments commensurate ? N
New Payment Plan: NO OBLIGATION

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 07-22-2021 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 03-23-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 03-23-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 03-23-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-28-2021 |
| N-EDUC N | NEED - EDUCATION NO | 03-23-2023 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 03-23-2023 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 03-23-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 03-23-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 03-23-2023 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 03-23-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 03-23-2023 |
| N-TRAUMA Y | NEED - TRAUMA YES | 03-23-2023 |
| N-WORK Y | NEED - WORK YES | 03-23-2023 |

# Individualized Needs Plan - Program Review (Inmate Copy)

SEQUENCE: 01351870

Dept. of Justice / Federal Bureau of Prisons

Team Date: 12-09-2022

Plan is for inmate: PETTAWAY, MARLON 65457-179

| | | | |
|---|---|---|---|
| Facility: | ALP ALLENWOOD USP | Proj. Rel. Date: | 06-06-2072 |
| Name: | PETTAWAY, MARLON | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 65457-179 | DNA Status: | HAZ03497 / 06-15-2011 |
| Age: | 48 | | |
| Date of Birth: | 10-31-1974 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ALP | U ORD IIA | UNIT ORDERLY | 12-02-2021 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ALP | ESL HAS | ENGLISH PROFICIENT | 06-07-2007 |
| ALP | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-07-2007 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ALP CHG | C | COMMERCIAL DRIVERS LICENSE | 10-14-2021 | 01-11-2022 |
| ALP CHG | C | ACE STOP THE VIOLENCE CLASS | 10-01-2021 | 11-18-2021 |
| ALP | C | NUTRITION AND BODY COMP | 05-01-2021 | 05-30-2021 |
| ALP | C | MUSCULAR FLEXIBILITY & COMPRE | 04-12-2021 | 04-26-2021 |
| ALP | C | THE CARDIOVSCULAR AND THE LYMP | 03-16-2021 | 03-30-2021 |
| ALP | C | RHU ACE MIND STRENGTH | 09-30-2020 | 10-30-2020 |
| ALP | C | RHU ACE HISTORY MANIFEST DEST | 09-17-2020 | 10-30-2020 |
| ALP | C | RHU ACE INTRO TO OSHA | 09-09-2020 | 09-30-2020 |
| ALP | C | RHU ANIMAL ANATOMY 8:BLOOD | 08-31-2020 | 09-30-2020 |
| ALP | C | RHU ANIMAL ANATOMY 7:MUSCLE | 08-31-2020 | 09-30-2020 |
| ALP | C | RHU ANIMAL ANATOMY 6:SKELETON | 08-24-2020 | 09-30-2020 |
| ALP | C | RHU ANIMAL ANATOMY 5:SKIN | 08-24-2020 | 09-30-2020 |
| ALP | C | RHU ASVAB CAREER EXPLORATION | 07-27-2020 | 08-31-2020 |
| ALP | C | SKELETAL SYSTEM | 08-03-2020 | 08-16-2020 |
| ALP | C | MUSCULAR FLEXIBILITY & COMPRE | 07-11-2020 | 07-31-2020 |
| ALP | C | RHU EMAIL BASICS | 07-13-2020 | 07-30-2020 |
| ALP | C | RHU ACE GUIDE TO ONLINE SAFETY | 06-29-2020 | 07-15-2020 |
| ALP | C | RHU RESUME WRITING | 06-04-2020 | 07-15-2020 |
| ALP | C | RHU START A SMALL BUSINESS | 05-28-2020 | 06-25-2020 |
| ALP | C | RHU WORLD WAR 1 | 05-21-2020 | 06-09-2020 |
| ALP | C | ACE WORLD WAR 2 HISTORY IN RHU | 05-21-2020 | 06-02-2020 |
| ALP | C | RHU EXPLORING EUROPE | 05-14-2020 | 06-02-2020 |
| ALP | C | NUTRITION AND BODY COMP | 05-21-2020 | 05-27-2020 |
| ALP | C | RHU OUR SOLAR SYSTEM | 05-14-2020 | 05-27-2020 |
| ALP | C | ACE EARTH SCIENCE FOR RHU'S | 05-07-2020 | 05-22-2020 |
| ALP | C | PHYSICAL FIT AND BEHAVIOR MOD | 05-02-2020 | 05-16-2020 |
| ALP | C | RHU FDIC $ SMART 11:FIN RECOVR | 04-30-2020 | 05-13-2020 |
| ALP | C | RHU FDIC $ SMART 10:OWN HOME | 04-30-2020 | 05-12-2020 |
| ALP | C | RHU FDIC $ SMART 9:LOAN | 04-30-2020 | 05-12-2020 |
| ALP | C | RHU FDIC $ SMART 8:CHARGE IT | 04-23-2020 | 04-30-2020 |
| ALP | C | RHU FDIC $ SMART 7:CREDIT | 04-23-2020 | 04-30-2020 |
| ALP | C | RHU FDIC $ SMART 6:KEEP SAFE | 04-16-2020 | 04-29-2020 |
| ALP | C | RHU FDIC $ SMART 5:PAY YOURSLF | 04-16-2020 | 04-29-2020 |
| ALP | C | RHU FDIC $ SMART 4:$ MATTERS | 04-09-2020 | 04-21-2020 |
| ALP | C | RHU FDIC $ SMART 3:CHECKING | 04-17-2020 | 04-17-2020 |
| ALP | C | RHU FDIC $ SMART 2:BORROWING | 04-02-2020 | 04-17-2020 |
| ALP | C | RHU FDIC $ SMART 1:BANK ON IT | 04-02-2020 | 04-16-2020 |

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ALP | C | REC PUSH PACKET WEIGHT MNGMT | 08-01-2019 | 08-15-2019 |
| ALP | C | REC PUSH PACKET MUSCLE FLEX | 08-01-2019 | 08-15-2019 |
| LEW SMU | C | SMU PERSONAL GROWTH IV RPP 6 | 09-01-2015 | 10-27-2015 |
| LEW SMU | C | ACTIVITY PACKET ROUND I | 08-27-2015 | 10-12-2015 |
| LEW SMU | C | SMU RADIO WELLNESS ROUND I | 08-27-2015 | 10-05-2015 |
| LEW SMU | C | SMU ACE ROUND 1 | 08-19-2015 | 09-22-2015 |
| LEW SMU | C | RADIO SMU PARENTING H RPP6 | 06-09-2015 | 07-28-2015 |
| LEW SMU | C | RADIO SMU PARENTING I RPP6 | 08-18-2015 | 08-18-2015 |
| LEW SMU | C | LEXINGTON/PICKETTS CHARGE RPP6 | 06-09-2015 | 07-31-2015 |
| LEW SMU | C | CHINA/THE SILK ROAD RPP6 | 06-09-2015 | 07-31-2015 |
| LEW SMU | C | DOUBLE YOUR PRODUCTIVITY RPP2 | 06-09-2015 | 07-31-2015 |
| LEW SMU | C | MONEY AND YOU/WORLD WORKS | 06-09-2015 | 07-31-2015 |
| LEW SMU | C | SMU PERSONAL GROWTH III RPP 6 | 03-30-2015 | 08-04-2015 |
| LEW SMU | C | ACTIVITY PACKET ROUND H | 06-22-2015 | 07-20-2015 |
| LEW SMU | C | SMU RADIO WELLNESS ROUND H | 06-22-2015 | 07-20-2015 |
| LEW SMU | C | RADIO SMU PARENTING G RPP6 | 04-14-2015 | 06-02-2015 |
| LEW SMU | C | VAL ASSET/JOB YOU WANT RPP2 | 04-14-2015 | 05-26-2015 |
| LEW SMU | C | COLUMBUS/MICHELANGELO RPP6 | 04-14-2015 | 05-26-2015 |
| LEW SMU | C | DECISION TRAPS/FRAMING RPP6 | 04-14-2015 | 05-26-2015 |
| LEW SMU | C | MASTERING TIME/PRODUCTIV RPP6 | 04-14-2015 | 05-26-2015 |
| LEW SMU | C | ACTIVITY PACKET ROUND G | 04-21-2015 | 05-19-2015 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND G | 04-21-2015 | 05-19-2015 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND G | 04-21-2015 | 05-19-2015 |
| LEW SMU | C | SMU RADIO MEMORY ROUND G | 04-21-2015 | 05-19-2015 |
| LEW SMU | C | HISTORY/NEOLITHIC REVOLUT RPP6 | 02-17-2015 | 04-06-2015 |
| LEW SMU | C | MONEY/SOCIAL CONTRACT RPP3 | 02-17-2015 | 04-06-2015 |
| LEW SMU | C | TOOLS OFTHINK/THINK BASIC RPP6 | 02-17-2015 | 04-06-2015 |
| LEW SMU | C | WAR/ELECTION OF 1860 RPP6 | 02-17-2015 | 04-06-2015 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND F | 02-27-2015 | 03-25-2015 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND F | 02-27-2015 | 03-25-2015 |
| LEW SMU | C | SMU RADIO MEMORY ROUND F | 02-27-2015 | 03-25-2015 |
| LEW SMU | C | RADIO SMU PARENTING F RPP6 | 02-03-2015 | 03-17-2015 |
| LEW SMU | C | RADIO SMU PARENTING E RPP6 | 12-09-2014 | 01-27-2015 |
| LEW SMU | C | TURBO STRATEGY RPP3 | 12-10-2014 | 01-27-2015 |
| LEW SMU | C | DECISIONS/COGNATV BIASES RPP6 | 12-10-2014 | 01-27-2015 |
| LEW SMU | C | TRADE&CONTACTS/IMITATION RPP6 | 12-10-2014 | 01-27-2015 |
| LEW SMU | C | CONFLCT&DEB/CONSTRUCTIVE RPP6 | 12-10-2014 | 01-27-2015 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND E | 02-02-2015 | 02-06-2015 |
| LEW SMU | C | SMU RADIO MEMORY ROUND E | 02-02-2015 | 02-06-2015 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND E | 02-02-2015 | 02-06-2015 |
| LEW SMU | C | RADIO SMU PARENTING D RPP6 | 10-28-2014 | 12-02-2014 |
| LEW SMU | C | LEARNING MADE SIMPLE RPP6 | 10-28-2014 | 12-09-2014 |
| LEW SMU | C | NEGOTIATE THE BEST DEAL RPP2 | 10-28-2014 | 12-09-2014 |
| LEW SMU | C | SUPER SALES MANAGEMENT RPP2 | 10-28-2014 | 12-09-2014 |
| LEW SMU | C | SMITH V MARX/DARWIN RPP6 | 10-28-2014 | 12-09-2014 |
| LEW SMU | C | ACTIVITY PACKET ROUND D | 11-05-2014 | 12-03-2014 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND D | 11-05-2014 | 12-03-2014 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND D | 11-05-2014 | 12-03-2014 |
| LEW SMU | C | SMU RADIO MEMORY ROUND D | 11-05-2014 | 12-03-2014 |
| LEW SMU | C | RADIO SMU PARENTING C RPP6 | 08-12-2014 | 10-01-2014 |
| LEW SMU | C | SMU DRAWING CHALLENGE ROUND C | 09-26-2014 | 10-23-2014 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND C | 09-19-2014 | 10-22-2014 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND C | 09-19-2014 | 10-22-2014 |
| LEW SMU | C | SMU RADIO MEMORY ROUND C | 09-19-2014 | 10-22-2014 |
| LEW SMU | C | SMU PERSONAL GROWTH II RPP 6 | 08-13-2014 | 10-16-2014 |
| LEW SMU | C | HISTORY-CLASSICAL/POSTCL RPP6 | 08-05-2014 | 09-30-2014 |
| LEW SMU | C | PROB SOLV/DECISION MKNG RPP6 | 08-05-2014 | 09-30-2014 |

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| LEW SMU | C | PSYCH SUCCESS/MENTAL ACC RPP6 | 08-05-2014 | 09-30-2014 |
| LEW SMU | C | AMBIG SITUAT/WISDOM RPP6 | 08-05-2014 | 09-30-2014 |
| LEW SMU | C | SMU PERSONAL GROWTH I RPP 6 | 04-29-2014 | 08-13-2014 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-30-2018 |
| CARE1-MH | CARE1-MENTAL HEALTH | 04-29-2011 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 12-30-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 03-19-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-30-2018 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 06-28-2016 |

## FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** **NO OBLG** **FINANC RESP-NO** **Start: 09-14-2015**

Inmate Decision: **AGREED** **$25.00** Frequency: **QUARTERLY**
Payments past 6 months: **$0.00** Obligation Balance: **$0.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $800.00 | $800.00 | IMMEDIATE | EXPIRED |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |
| 2 | ASSMT | $100.00 | $75.00 | IMMEDIATE | EXPIRED |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |

## FRP Deposits

Trust Fund Deposits - Past 6 months: $845.70 Payments commensurate ? Y
New Payment Plan: ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 07-22-2021 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 12-07-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 12-07-2022 |
| N-COGNTV N | NEED - COGNITIONS NO | 12-07-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-28-2021 |
| N-EDUC N | NEED - EDUCATION NO | 12-07-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 12-07-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 12-07-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 12-07-2022 |
| N-MEDICL N | NEED - MEDICAL NO | 12-07-2022 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 12-07-2022 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 12-07-2022 |
| N-TRAUMA Y | NEED - TRAUMA YES | 12-07-2022 |
| N-WORK Y | NEED - WORK YES | 12-07-2022 |

# Individualized Needs Plan - Program Review (Inmate Copy)

SEQUENCE: 01351870

Dept. of Justice / Federal Bureau of Prisons

Team Date: 12-09-2022

Plan is for inmate: PETTAWAY, MARLON 65457-179

| Assignment | Description | Start |
|---|---|---|
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 12-07-2022 |

## Progress since last review

Since last review Pettaway continues to participate in the Challenge Program. Pettaway maintained clear conduct since 7/2019. Pettaway has not enrolled in any classes since last review. MG PETTAWAY HAS BEEN FACILITATING CDL ACE COURSES SINCE LAST REVIEW.

## Next Program Review Goals

Pettaway is encouraged to continue participating in the Challenge Program for the next six months. Continue to maintain clear conduct by next review. Enroll in ACT Work Keys and Self-Awareness classes by next review.

## Long Term Goals

Pettaway is encouraged to continue participating in the Challenge Program for the next 12 months, 12/2023. Continue to maintain clear conduct by 12/2023. Complete ACT Work Keys and Self-Awareness classes by 12/2023. Enroll in Forklift and Flagger classes by 12/2023.

## RRC/HC Placement

## Comments

Finance/Poverty Need Screen Is there documentation in the PSR of any of the following? __ Any history of Bankruptcy __ No bank account _X_ No assets nor liabilities noted in PSR _X_ Debts noted in Credit Report or other sources __ Tax Liabilities/back taxes __ Unpaid alimony/child support __ other indications of lack of financial management skills (specify)______________________________ YES ___X___ NO ________ (if any of the above, check yes) If the answer is yes, the inmate has a financial/poverty skills need.

FTC - Ineligible
Treaty Transfer - N/A
Supervision Relocation - N/A

| | | | | |
|---|---|---|---|---|
| Facility: | ALP ALLENWOOD USP | | Proj. Rel. Date: | 06-06-2072 |
| Name: | PETTAWAY, MARLON | | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 65457-179 | | DNA Status: | HAZ03497 / 06-15-2011 |
| Age: | 47 | | | |
| Date of Birth: | 10-31-1974 | | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ALP | U ORD IIA | UNIT ORDERLY | 12-02-2021 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ALP | ESL HAS | ENGLISH PROFICIENT | 06-07-2007 |
| ALP | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-07-2007 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ALP CHG | C | COMMERCIAL DRIVERS LICENSE | 10-14-2021 | 01-11-2022 |
| ALP CHG | C | ACE STOP THE VIOLENCE CLASS | 10-01-2021 | 11-18-2021 |
| ALP | C | NUTRITION AND BODY COMP | 05-01-2021 | 05-30-2021 |
| ALP | C | MUSCULAR FLEXIBILITY & COMPRE | 04-12-2021 | 04-26-2021 |
| ALP | C | THE CARDIOVSCULAR AND THE LYMP | 03-16-2021 | 03-30-2021 |
| ALP | C | RHU ACE MIND STRENGTH | 09-30-2020 | 10-30-2020 |
| ALP | C | RHU ACE HISTORY MANIFEST DEST | 09-17-2020 | 10-30-2020 |
| ALP | C | RHU ACE INTRO TO OSHA | 09-09-2020 | 09-30-2020 |
| ALP | C | RHU ANIMAL ANATOMY 8:BLOOD | 08-31-2020 | 09-30-2020 |
| ALP | C | RHU ANIMAL ANATOMY 7:MUSCLE | 08-31-2020 | 09-30-2020 |
| ALP | C | RHU ANIMAL ANATOMY 6:SKELETON | 08-24-2020 | 09-30-2020 |
| ALP | C | RHU ANIMAL ANATOMY 5:SKIN | 08-24-2020 | 09-30-2020 |
| ALP | C | RHU ASVAB CAREER EXPLORATION | 07-27-2020 | 08-31-2020 |
| ALP | C | SKELETAL SYSTEM | 08-03-2020 | 08-16-2020 |
| ALP | C | MUSCULAR FLEXIBILITY & COMPRE | 07-11-2020 | 07-31-2020 |
| ALP | C | RHU EMAIL BASICS | 07-13-2020 | 07-30-2020 |
| ALP | C | RHU ACE GUIDE TO ONLINE SAFETY | 06-29-2020 | 07-15-2020 |
| ALP | C | RHU RESUME WRITING | 06-04-2020 | 07-15-2020 |
| ALP | C | RHU START A SMALL BUSINESS | 05-28-2020 | 06-25-2020 |
| ALP | C | RHU WORLD WAR 1 | 05-21-2020 | 06-09-2020 |
| ALP | C | ACE WORLD WAR 2 HISTORY IN RHU | 05-21-2020 | 06-02-2020 |
| ALP | C | RHU EXPLORING EUROPE | 05-14-2020 | 06-02-2020 |
| ALP | C | NUTRITION AND BODY COMP | 05-21-2020 | 05-27-2020 |
| ALP | C | RHU OUR SOLAR SYSTEM | 05-14-2020 | 05-27-2020 |
| ALP | C | ACE EARTH SCIENCE FOR RHU'S | 05-07-2020 | 05-22-2020 |
| ALP | C | PHYSICAL FIT AND BEHAVIOR MOD | 05-02-2020 | 05-16-2020 |
| ALP | C | RHU FDIC $ SMART 11:FIN RECOVR | 04-30-2020 | 05-13-2020 |
| ALP | C | RHU FDIC $ SMART 10:OWN HOME | 04-30-2020 | 05-12-2020 |
| ALP | C | RHU FDIC $ SMART 9:LOAN | 04-30-2020 | 05-12-2020 |
| ALP | C | RHU FDIC $ SMART 8:CHARGE IT | 04-23-2020 | 04-30-2020 |
| ALP | C | RHU FDIC $ SMART 7:CREDIT | 04-23-2020 | 04-30-2020 |
| ALP | C | RHU FDIC $ SMART 6:KEEP SAFE | 04-16-2020 | 04-29-2020 |
| ALP | C | RHU FDIC $ SMART 5:PAY YOURSLF | 04-16-2020 | 04-29-2020 |
| ALP | C | RHU FDIC $ SMART 4:$ MATTERS | 04-09-2020 | 04-21-2020 |
| ALP | C | RHU FDIC $ SMART 3:CHECKING | 04-17-2020 | 04-17-2020 |
| ALP | C | RHU FDIC $ SMART 2:BORROWING | 04-02-2020 | 04-17-2020 |
| ALP | C | RHU FDIC $ SMART 1:BANK ON IT | 04-02-2020 | 04-16-2020 |

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ALP | C | REC PUSH PACKET WEIGHT MNGMT | 08-01-2019 | 08-15-2019 |
| ALP | C | REC PUSH PACKET MUSCLE FLEX | 08-01-2019 | 08-15-2019 |
| LEW SMU | C | SMU PERSONAL GROWTH IV RPP 6 | 09-01-2015 | 10-27-2015 |
| LEW SMU | C | ACTIVITY PACKET ROUND I | 08-27-2015 | 10-12-2015 |
| LEW SMU | C | SMU RADIO WELLNESS ROUND I | 08-27-2015 | 10-05-2015 |
| LEW SMU | C | SMU ACE ROUND 1 | 08-19-2015 | 09-22-2015 |
| LEW SMU | C | RADIO SMU PARENTING H RPP6 | 06-09-2015 | 07-28-2015 |
| LEW SMU | C | RADIO SMU PARENTING I RPP6 | 08-18-2015 | 08-18-2015 |
| LEW SMU | C | LEXINGTON/PICKETTS CHARGE RPP6 | 06-09-2015 | 07-31-2015 |
| LEW SMU | C | CHINA/THE SILK ROAD RPP6 | 06-09-2015 | 07-31-2015 |
| LEW SMU | C | DOUBLE YOUR PRODUCTIVITY RPP2 | 06-09-2015 | 07-31-2015 |
| LEW SMU | C | MONEY AND YOU/WORLD WORKS | 06-09-2015 | 07-31-2015 |
| LEW SMU | C | SMU PERSONAL GROWTH III RPP 6 | 03-30-2015 | 08-04-2015 |
| LEW SMU | C | ACTIVITY PACKET ROUND H | 06-22-2015 | 07-20-2015 |
| LEW SMU | C | SMU RADIO WELLNESS ROUND H | 06-22-2015 | 07-20-2015 |
| LEW SMU | C | RADIO SMU PARENTING G RPP6 | 04-14-2015 | 06-02-2015 |
| LEW SMU | C | VAL ASSET/JOB YOU WANT RPP2 | 04-14-2015 | 05-26-2015 |
| LEW SMU | C | COLUMBUS/MICHELANGELO RPP6 | 04-14-2015 | 05-26-2015 |
| LEW SMU | C | DECISION TRAPS/FRAMING RPP6 | 04-14-2015 | 05-26-2015 |
| LEW SMU | C | MASTERING TIME/PRODUCTIV RPP6 | 04-14-2015 | 05-26-2015 |
| LEW SMU | C | ACTIVITY PACKET ROUND G | 04-21-2015 | 05-19-2015 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND G | 04-21-2015 | 05-19-2015 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND G | 04-21-2015 | 05-19-2015 |
| LEW SMU | C | SMU RADIO MEMORY ROUND G | 04-21-2015 | 05-19-2015 |
| LEW SMU | C | HISTORY/NEOLITHIC REVOLUT RPP6 | 02-17-2015 | 04-06-2015 |
| LEW SMU | C | MONEY/SOCIAL CONTRACT RPP3 | 02-17-2015 | 04-06-2015 |
| LEW SMU | C | TOOLS OFTHINK/THINK BASIC RPP6 | 02-17-2015 | 04-06-2015 |
| LEW SMU | C | WAR/ELECTION OF 1860 RPP6 | 02-17-2015 | 04-06-2015 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND F | 02-27-2015 | 03-25-2015 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND F | 02-27-2015 | 03-25-2015 |
| LEW SMU | C | SMU RADIO MEMORY ROUND F | 02-27-2015 | 03-25-2015 |
| LEW SMU | C | RADIO SMU PARENTING F RPP6 | 02-03-2015 | 03-17-2015 |
| LEW SMU | C | RADIO SMU PARENTING E RPP6 | 12-09-2014 | 01-27-2015 |
| LEW SMU | C | TURBO STRATEGY RPP3 | 12-10-2014 | 01-27-2015 |
| LEW SMU | C | DECISIONS/COGNATV BIASES RPP6 | 12-10-2014 | 01-27-2015 |
| LEW SMU | C | TRADE&CONTACTS/IMITATION RPP6 | 12-10-2014 | 01-27-2015 |
| LEW SMU | C | CONFLCT&DEB/CONSTRUCTIVE RPP6 | 12-10-2014 | 01-27-2015 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND E | 02-02-2015 | 02-06-2015 |
| LEW SMU | C | SMU RADIO MEMORY ROUND E | 02-02-2015 | 02-06-2015 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND E | 02-02-2015 | 02-06-2015 |
| LEW SMU | C | RADIO SMU PARENTING D RPP6 | 10-28-2014 | 12-02-2014 |
| LEW SMU | C | LEARNING MADE SIMPLE RPP6 | 10-28-2014 | 12-09-2014 |
| LEW SMU | C | NEGOTIATE THE BEST DEAL RPP2 | 10-28-2014 | 12-09-2014 |
| LEW SMU | C | SUPER SALES MANAGEMENT RPP2 | 10-28-2014 | 12-09-2014 |
| LEW SMU | C | SMITH V MARX/DARWIN RPP6 | 10-28-2014 | 12-09-2014 |
| LEW SMU | C | ACTIVITY PACKET ROUND D | 11-05-2014 | 12-03-2014 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND D | 11-05-2014 | 12-03-2014 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND D | 11-05-2014 | 12-03-2014 |
| LEW SMU | C | SMU RADIO MEMORY ROUND D | 11-05-2014 | 12-03-2014 |
| LEW SMU | C | RADIO SMU PARENTING C RPP6 | 08-12-2014 | 10-01-2014 |
| LEW SMU | C | SMU DRAWING CHALLENGE ROUND C | 09-26-2014 | 10-23-2014 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND C | 09-19-2014 | 10-22-2014 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND C | 09-19-2014 | 10-22-2014 |
| LEW SMU | C | SMU RADIO MEMORY ROUND C | 09-19-2014 | 10-22-2014 |
| LEW SMU | C | SMU PERSONAL GROWTH II RPP 6 | 08-13-2014 | 10-16-2014 |
| LEW SMU | C | HISTORY-CLASSICAL/POSTCL RPP6 | 08-05-2014 | 09-30-2014 |
| LEW SMU | C | PROB SOLV/DECISION MKNG RPP6 | 08-05-2014 | 09-30-2014 |

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| LEW SMU | C | PSYCH SUCCESS/MENTAL ACC RPP6 | 08-05-2014 | 09-30-2014 |
| LEW SMU | C | AMBIG SITUAT/WISDOM RPP6 | 08-05-2014 | 09-30-2014 |
| LEW SMU | C | SMU PERSONAL GROWTH I RPP 6 | 04-29-2014 | 08-13-2014 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-30-2018 |
| CARE1-MH | CARE1-MENTAL HEALTH | 04-29-2011 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 12-30-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 03-19-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-30-2018 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 06-28-2016 |

**FRP Payment Plan**

Most Recent Payment Plan

**FRP Assignment:** **NO OBLG** **FINANC RESP-NO** **Start: 09-14-2015**

Inmate Decision: **AGREED** **$25.00** Frequency: **QUARTERLY**
Payments past 6 months: **$0.00** Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $800.00 | $800.00 | IMMEDIATE | EXPIRED |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |
| 2 | ASSMT | $100.00 | $75.00 | IMMEDIATE | EXPIRED |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |

**FRP Deposits**

Trust Fund Deposits - Past 6 months: $783.93 Payments commensurate ? Y
New Payment Plan: ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 07-22-2021 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 07-06-2022 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 07-06-2022 |
| N-COGNTV N | NEED - COGNITIONS NO | 07-06-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-28-2021 |
| N-EDUC N | NEED - EDUCATION NO | 07-06-2022 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 07-06-2022 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 07-06-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 07-06-2022 |
| N-MEDICL N | NEED - MEDICAL NO | 07-06-2022 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 07-06-2022 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 07-06-2022 |
| N-TRAUMA Y | NEED - TRAUMA YES | 07-06-2022 |
| N-WORK Y | NEED - WORK YES | 07-06-2022 |

| Assignment | Description | Start |
|---|---|---|
| R-MED | MEDIUM RISK RECIDIVISM LEVEL | 07-06-2022 |

## Progress since last review

Since last review Pettaway continues to participate in the Challenge Program. Pettaway maintained clear conduct since 7/2019. Pettaway has not enrolled in education classes since last review. Pettaway continues to work as an Orderly in the Unit.

## Next Program Review Goals

Pettaway is encouraged to continue participating in the Challenge Program for the next six months. Continue to maintain clear conduct by next review. Enroll in ACT Work Keys and Self-Awareness classes by next review. Continue working as an Orderly by next review.

## Long Term Goals

Pettaway is encouraged to continue participating in the Challenge Program for the next 12 months, 7/2023. Continue to maintain clear conduct by 7/2023. Complete ACT Work Keys and Self-Awareness classes by 7/2023. Enroll in Forklift and Flagger classes by 7/2023. Continue working as an Orderly in the Unit by 7/2023.

## RRC/HC Placement

## Comments

Finance/Poverty Need Screen Is there documentation in the PSR of any of the following? __ Any history of Bankruptcy __ No bank account _X_ No assets nor liabilities noted in PSR _X_ Debts noted in Credit Report or other sources __ Tax Liabilities/back taxes __ Unpaid alimony/child support __ other indications of lack of financial management skills (specify)______________________________________________ YES ___X___ NO ________ (if any of the above, check yes) If the answer is yes, the inmate has a financial/poverty skills need.

FTC - Ineligible
Treaty Transfer - N/A
Supervision Relocation - N/A

## Individualized Needs Plan - Program Review (Inmate Copy)

SEQUENCE: 01351870

Dept. of Justice / Federal Bureau of Prisons

Team Date: 02-05-2021

Plan is for inmate: PETTAWAY, MARLON 65457-179

| | | | |
|---|---|---|---|
| Facility: | ALP ALLENWOOD USP | Proj. Rel. Date: | UNKNOWN |
| Name: | PETTAWAY, MARLON | Proj. Rel. Mthd: | LIFE |
| Register No.: | 65457-179 | DNA Status: | HAZ03497 / 06-15-2011 |
| Age: | 46 | | |
| Date of Birth: | 10-31-1974 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ALP | COR SAN EV | CORRIDOR SANITATION EVENINGS | 08-20-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ALP | ESL HAS | ENGLISH PROFICIENT | 06-07-2007 |
| ALP | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-07-2007 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ALP | C | RHU ACE MIND STRENGTH | 09-30-2020 | 10-30-2020 |
| ALP | C | RHU ACE HISTORY MANIFEST DEST | 09-17-2020 | 10-30-2020 |
| ALP | C | RHU ACE INTRO TO OSHA | 09-09-2020 | 09-30-2020 |
| ALP | C | RHU ANIMAL ANATOMY 8:BLOOD | 08-31-2020 | 09-30-2020 |
| ALP | C | RHU ANIMAL ANATOMY 7:MUSCLE | 08-31-2020 | 09-30-2020 |
| ALP | C | RHU ANIMAL ANATOMY 6:SKELETON | 08-24-2020 | 09-30-2020 |
| ALP | C | RHU ANIMAL ANATOMY 5:SKIN | 08-24-2020 | 09-30-2020 |
| ALP | C | RHU ASVAB CAREER EXPLORATION | 07-27-2020 | 08-31-2020 |
| ALP | C | SKELETAL SYSTEM | 08-03-2020 | 08-16-2020 |
| ALP | C | MUSCULAR FLEXIBILITY & COMPRE | 07-11-2020 | 07-31-2020 |
| ALP | C | RHU EMAIL BASICS | 07-13-2020 | 07-30-2020 |
| ALP | C | RHU ACE GUIDE TO ONLINE SAFETY | 06-29-2020 | 07-15-2020 |
| ALP | C | RHU RESUME WRITING | 06-04-2020 | 07-15-2020 |
| ALP | C | RHU START A SMALL BUSINESS | 05-28-2020 | 06-25-2020 |
| ALP | C | RHU WORLD WAR 1 | 05-21-2020 | 06-09-2020 |
| ALP | C | ACE WORLD WAR 2 HISTORY IN RHU | 05-21-2020 | 06-02-2020 |
| ALP | C | RHU EXPLORING EUROPE | 05-14-2020 | 06-02-2020 |
| ALP | C | NUTRITION AND BODY COMP | 05-21-2020 | 05-27-2020 |
| ALP | C | RHU OUR SOLAR SYSTEM | 05-14-2020 | 05-27-2020 |
| ALP | C | ACE EARTH SCIENCE FOR RHU'S | 05-07-2020 | 05-22-2020 |
| ALP | C | PHYSICAL FIT AND BEHAVIOR MOD | 05-02-2020 | 05-16-2020 |
| ALP | C | RHU FDIC $ SMART 11:FIN RECOVR | 04-30-2020 | 05-13-2020 |
| ALP | C | RHU FDIC $ SMART 10:OWN HOME | 04-30-2020 | 05-12-2020 |
| ALP | C | RHU FDIC $ SMART 9:LOAN | 04-30-2020 | 05-12-2020 |
| ALP | C | RHU FDIC $ SMART 8:CHARGE IT | 04-23-2020 | 04-30-2020 |
| ALP | C | RHU FDIC $ SMART 7:CREDIT | 04-23-2020 | 04-30-2020 |
| ALP | C | RHU FDIC $ SMART 6:KEEP SAFE | 04-16-2020 | 04-29-2020 |
| ALP | C | RHU FDIC $ SMART 5:PAY YOURSLF | 04-16-2020 | 04-29-2020 |
| ALP | C | RHU FDIC $ SMART 4:$ MATTERS | 04-09-2020 | 04-21-2020 |
| ALP | C | RHU FDIC $ SMART 3:CHECKING | 04-17-2020 | 04-17-2020 |
| ALP | C | RHU FDIC $ SMART 2:BORROWING | 04-02-2020 | 04-17-2020 |
| ALP | C | RHU FDIC $ SMART 1:BANK ON IT | 04-02-2020 | 04-16-2020 |
| ALP | C | REC PUSH PACKET WEIGHT MNGMT | 08-01-2019 | 08-15-2019 |
| ALP | C | REC PUSH PACKET MUSCLE FLEX | 08-01-2019 | 08-15-2019 |
| LEW SMU | C | SMU PERSONAL GROWTH IV RPP 6 | 09-01-2015 | 10-27-2015 |
| LEW SMU | C | ACTIVITY PACKET ROUND I | 08-27-2015 | 10-12-2015 |
| LEW SMU | C | SMU RADIO WELLNESS ROUND I | 08-27-2015 | 10-05-2015 |

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| LEW SMU | C | SMU ACE ROUND 1 | 08-19-2015 | 09-22-2015 |
| LEW SMU | C | RADIO SMU PARENTING H RPP6 | 06-09-2015 | 07-28-2015 |
| LEW SMU | C | RADIO SMU PARENTING I RPP6 | 08-18-2015 | 08-18-2015 |
| LEW SMU | C | LEXINGTON/PICKETTS CHARGE RPP6 | 06-09-2015 | 07-31-2015 |
| LEW SMU | C | CHINA/THE SILK ROAD RPP6 | 06-09-2015 | 07-31-2015 |
| LEW SMU | C | DOUBLE YOUR PRODUCTIVITY RPP2 | 06-09-2015 | 07-31-2015 |
| LEW SMU | C | MONEY AND YOU/WORLD WORKS | 06-09-2015 | 07-31-2015 |
| LEW SMU | C | SMU PERSONAL GROWTH III RPP 6 | 03-30-2015 | 08-04-2015 |
| LEW SMU | C | ACTIVITY PACKET ROUND H | 06-22-2015 | 07-20-2015 |
| LEW SMU | C | SMU RADIO WELLNESS ROUND H | 06-22-2015 | 07-20-2015 |
| LEW SMU | C | RADIO SMU PARENTING G RPP6 | 04-14-2015 | 06-02-2015 |
| LEW SMU | C | VAL ASSET/JOB YOU WANT RPP2 | 04-14-2015 | 05-26-2015 |
| LEW SMU | C | COLUMBUS/MICHELANGELO RPP6 | 04-14-2015 | 05-26-2015 |
| LEW SMU | C | DECISION TRAPS/FRAMING RPP6 | 04-14-2015 | 05-26-2015 |
| LEW SMU | C | MASTERING TIME/PRODUCTIV RPP6 | 04-14-2015 | 05-26-2015 |
| LEW SMU | C | ACTIVITY PACKET ROUND G | 04-21-2015 | 05-19-2015 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND G | 04-21-2015 | 05-19-2015 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND G | 04-21-2015 | 05-19-2015 |
| LEW SMU | C | SMU RADIO MEMORY ROUND G | 04-21-2015 | 05-19-2015 |
| LEW SMU | C | HISTORY/NEOLITHIC REVOLUT RPP6 | 02-17-2015 | 04-06-2015 |
| LEW SMU | C | MONEY/SOCIAL CONTRACT RPP3 | 02-17-2015 | 04-06-2015 |
| LEW SMU | C | TOOLS OFTHINK/THINK BASIC RPP6 | 02-17-2015 | 04-06-2015 |
| LEW SMU | C | WAR/ELECTION OF 1860 RPP6 | 02-17-2015 | 04-06-2015 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND F | 02-27-2015 | 03-25-2015 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND F | 02-27-2015 | 03-25-2015 |
| LEW SMU | C | SMU RADIO MEMORY ROUND F | 02-27-2015 | 03-25-2015 |
| LEW SMU | C | RADIO SMU PARENTING F RPP6 | 02-03-2015 | 03-17-2015 |
| LEW SMU | C | RADIO SMU PARENTING E RPP6 | 12-09-2014 | 01-27-2015 |
| LEW SMU | C | TURBO STRATEGY RPP3 | 12-10-2014 | 01-27-2015 |
| LEW SMU | C | DECISIONS/COGNATV BIASES RPP6 | 12-10-2014 | 01-27-2015 |
| LEW SMU | C | TRADE&CONTACTS/IMITATION RPP6 | 12-10-2014 | 01-27-2015 |
| LEW SMU | C | CONFLCT&DEB/CONSTRUCTIVE RPP6 | 12-10-2014 | 01-27-2015 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND E | 02-02-2015 | 02-06-2015 |
| LEW SMU | C | SMU RADIO MEMORY ROUND E | 02-02-2015 | 02-06-2015 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND E | 02-02-2015 | 02-06-2015 |
| LEW SMU | C | RADIO SMU PARENTING D RPP6 | 10-28-2014 | 12-02-2014 |
| LEW SMU | C | LEARNING MADE SIMPLE RPP6 | 10-28-2014 | 12-09-2014 |
| LEW SMU | C | NEGOTIATE THE BEST DEAL RPP2 | 10-28-2014 | 12-09-2014 |
| LEW SMU | C | SUPER SALES MANAGEMENT RPP2 | 10-28-2014 | 12-09-2014 |
| LEW SMU | C | SMITH V MARX/DARWIN RPP6 | 10-28-2014 | 12-09-2014 |
| LEW SMU | C | ACTIVITY PACKET ROUND D | 11-05-2014 | 12-03-2014 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND D | 11-05-2014 | 12-03-2014 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND D | 11-05-2014 | 12-03-2014 |
| LEW SMU | C | SMU RADIO MEMORY ROUND D | 11-05-2014 | 12-03-2014 |
| LEW SMU | C | RADIO SMU PARENTING C RPP6 | 08-12-2014 | 10-01-2014 |
| LEW SMU | C | SMU DRAWING CHALLENGE ROUND C | 09-26-2014 | 10-23-2014 |
| LEW SMU | C | SMU RADIO NUTRITION ROUND C | 09-19-2014 | 10-22-2014 |
| LEW SMU | C | LIFE LONG WELLNESS ROUND C | 09-19-2014 | 10-22-2014 |
| LEW SMU | C | SMU RADIO MEMORY ROUND C | 09-19-2014 | 10-22-2014 |
| LEW SMU | C | SMU PERSONAL GROWTH II RPP 6 | 08-13-2014 | 10-16-2014 |
| LEW SMU | C | HISTORY-CLASSICAL/POSTCL RPP6 | 08-05-2014 | 09-30-2014 |
| LEW SMU | C | PROB SOLV/DECISION MKNG RPP6 | 08-05-2014 | 09-30-2014 |
| LEW SMU | C | PSYCH SUCCESS/MENTAL ACC RPP6 | 08-05-2014 | 09-30-2014 |
| LEW SMU | C | AMBIG SITUAT/WISDOM RPP6 | 08-05-2014 | 09-30-2014 |
| LEW SMU | C | SMU PERSONAL GROWTH I RPP 6 | 04-29-2014 | 08-13-2014 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-30-2018 |
| CARE1-MH | CARE1-MENTAL HEALTH | 04-29-2011 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 12-02-2020 |
| NO PAPER | NO PAPER MEDICAL RECORD | 03-19-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-30-2018 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 06-28-2016 |

## FRP Details

Most Recent Payment Plan

**FRP Assignment:** **NO OBLG** **FINANC RESP-NO** **Start: 09-14-2015**

Inmate Decision: **AGREED** **$25.00** Frequency: **QUARTERLY**
Payments past 6 months: **$0.00** Obligation Balance: **$0.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $800.00 | $800.00 | IMMEDIATE | EXPIRED |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |
| 2 | ASSMT | $100.00 | $75.00 | IMMEDIATE | EXPIRED |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |

### Payment Details

Trust Fund Deposits - Past 6 months: $1,525.00 Payments commensurate ? Y

New Payment Plan: ** No data **

## Progress since last review

Inmate Pettaway has maintained work assignment as a Corridor Sanitation orderly since August 20, 2019. Inmate Pettaway completed the following recreation and education courses:

ACE Money Smart for Older Population, ACE Healthy Aging Body, RHU ACE MIND STRENGTH,RHU ACE HISTORY MANIFEST DEST, RHU ACE INTRO TO OSHA, RHU ANIMAL ANATOMY 8:BLOOD, RHU ANIMAL ANATOMY 7:MUSCLE, RHU ANIMAL ANATOMY 6:SKELETON, RHU ANIMAL ANATOMY 5:SKIN, and RHU ASVAB CAREER EXPLORATION.

Inmate Pettaway is currently on the waiting list for Parenting Program Phase One. Inmate Pettaway has maintained clear conduct since October 15, 2019.

## Next Program Review Goals

Maintain enrollment in ACE Parenting Program Phase One through August 1, 2021, or until complete. Enroll in ACE Course Guide to Online Safety prior to May 1, 2021, and maintain enrollment through August 1, 2021, or until complete.

## Long Term Goals

Complete ACE course Guide to Online Safety prior to February 1, 2022. Enroll in ACE course Would You Pass the U.S. Citizenship Test? prior to February 1, 2022.

## RRC/HC Placement

## Comments

Finance/Poverty Need Screen Is there documentation in the PSR of any of the following? __ Any history of Bankruptcy __ No bank account _X_ No assets nor liabilities noted in PSR _X_ Debts noted in Credit Report or other sources __ Tax Liabilities/back taxes __ Unpaid alimony/child support __ other indications of lack of financial management skills (specify)________________ YES ___X___ NO ________ (if any of the above, check yes) If the answer is yes, the inmate has a financial/poverty skills need.

FTC - Ineligible
Treaty transfer - N/A
Supervision Relocation - N/A