**From:** ^!"PETTAWAY, ^!MARLON" <65457179@inmatemessage.com>
**To:**
**Date:** 4/16/2020 9:19 AM
**Subject:** ***Request to Staff*** PETTAWAY, MARLON, Reg# 65457179, ALP-C-A

To: Mr.Quay
Inmate Work Assignment: TRUST FUND&CORRSAN

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
171edfd7-f2a7-4e13-af80-f46a309de4c4
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

This is my formal request for compassionate release based on the following.
1.)Extraordinary and compelling reasons under 18 U.S.C 3582(1)(a)(i) and U.S.S.G 1b1.13.cmtN1(D)
Prior to the first step act 18 U.S.C 851 required a statutory life sentence as to which i was sentenced.However,under the first step act congress changed the statutory minimum from life to 25 years for 851 enhancements.

Additional to my request,Im bringing to your attention that im diagnose with Sarcoidosis.Sarcoidosis is a disease involving abnormal collections of inflammatory cells that form lumps known granulomas.The disease usually begins in the lungs,skin,or lymph nodes.
As the Covid-19 is a serious health issue in our community which attacks the lungs& heart.Due to the Covid-19 virus that is deadly to my health because of my health issue and the mention above,this is extaordinary and compelling reasons to grant relief.
2.)My release plan:
If granted relief i plan to get back in the Truck driving business,make up the time i missed out of my sons life and continue to progress in a positive manner through my Muslim faith.
Thankyou for your time and considerations.

GOVERNMENT EXHIBIT
1
4:06-cr-98

---

This is in response to your request for Compassionate Release/Reduction in Sentence due to the recent viral outbreak of Covid-19 and its relation to your current medical condition.

In regards to your request for compassionate release based on your medical condition, your request does not meet the criteria set forth in Program Statement 5050.50, Compassionate Release/Reduction in Sentence. A medical review determined you have not been diagnosed with a terminal, incurable disease with a life expectancy of eighteen months or less, you are able to care for your daily needs, and you are not confined to a bed or wheelchair for greater than fifty percent of your waking hours.

In regards to your request based on a change in sentencing guidelines, while I appreciate and understand the issue at hand, your request does not meet the requirements as set forth in policy. In accordance with Program Statement 5050.50, Compassionate Release/Reduction in Sentence, you do not meet the requisite criteria under extraordinary or compelling circumstances. The Bureau of Prisons does not have the authority, through its compassionate release/reduction in sentence procedures, to reduce an inmate's sentence based on the amendment of the sentencing guidelines.

Accordingly, your request for Compassionate Release/Reduction in Sentence has been denied. If you are dissatisfied with this response, you may appeal this decision through the Administrative Remedy Procedure.

H. Quay
Complex Warden

Date 4-21-2020

**From:** ^!"PETTAWAY, ^!MARLON" <65457179@inmatemessage.com>
**To:**
**Date:** 6/4/2021 12:07 PM
**Subject:** ***Request to Staff*** PETTAWAY, MARLON, Reg# 65457179, ALP-C-A

To: Mr.Quay
Inmate Work Assignment: TRUST FUND (REC)

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
c76b5a22-07fe-4a51-bdca-559f9e1b4ab8
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

This is my formal request for you to submit a motion for compassionate release based on the following:
1.)Extraordinary and compelling reasons under 18 U.S.C.3582(1)(a)(i) and U.S.S.G 1B1.13.cmt N1(D).Prior to the first step act, 18 U.S.C. 851 required a statutory life sentence as to which i was sentenced.However,under the first step act congress changed the statutory minimum from life to 25 years for 851 enhancements. Additional to my request,im bringing to your attention that im diagnose with Sarcoidosis.Sarcoidosis is a disease involving abnormal collections of inflammatory cells that form lumps known as granulomas.The disease usually begins in the lungs,skin,or lymph nodes.
As the Covid-19 is a serious health issue in our community which attacks the lungs&heart.Due to the Covid-19 virus that is deadly to my health because of my health issue and the mention above,this is extraordinary and compelling reasons to grant relief.
2.)My release plan.
If granted relief i plan to get back in Truck driving business,make up the time missed out of my sons life and continue to progress in a positive manner through my Islamic faith.
Thankyou for your time and consideration.

PETTAWAY, Marlon
Register No.: 65457-179
Unit 3A
Page 1

---

**Inmate Request to Staff Response**

This is in response to your Request to Staff, wherein you request a Compassionate Release/Reduction in Sentence (RIS) based upon "extraordinary and compelling circumstances." Specifically, you claim the sentencing guidelines for your crime have changed since you were convicted as a result of the First Step Act and your medical condition warrants consideration based on the COVID-19 pandemic.

While I appreciate and understand the issue at hand in regards to your sentencing guidelines, your request does not meet the requirements as set forth in policy. In accordance with Program Statement 5050.50, Compassionate Release/Reduction in Sentence, you do not meet the requisite criteria under extraordinary or compelling circumstances. The Bureau of Prisons does not have the authority, through its compassionate release/reduction in sentence procedures, to reduce an inmate's term of imprisonment as a result of changes to sentencing guidelines imposed as a result of the First Step Act.

In regards to your request for compassionate release based on your medical condition, your request does not meet the criteria set forth in Program Statement 5050.50, Compassionate Release/Reduction in Sentence. A medical review determined you have not been diagnosed with a terminal, incurable disease with a life expectancy of eighteen months or less, you are able to care for your daily needs, and you are not confined to a bed or wheelchair for greater than fifty percent of your waking hours.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about being potentially exposed to, or contracting, COVID-19 does not currently warrant an early release from your sentence.

Accordingly, your request for Compassionate Release/Reduction in Sentence has been denied. If you are dissatisfied with this response, you may appeal this decision through the Administrative Remedy Process.

6/10/21
Date

[signature]
H. Quay
Warden