BUTB5 * PUBLIC INFORMATION * 02-09-2023
PAGE 001 * INMATE DATA * 10:59:16
AS OF 02-09-2023

REGNO..: 65457-179 NAME: PETTAWAY, MARLON

RESP OF: ALP
PHONE..: 570-547-0963 FAX: 570-547-9201
RACE/SEX...: BLACK / MALE
AGE: 48
PROJ REL MT: GOOD CONDUCT TIME RELEASE PAR ELIG DT: N/A
PROJ REL DT: 06-06-2072 PAR HEAR DT:

G0002 MORE PAGES TO FOLLOW . . .

REGNO..: 65457-179 NAME: PETTAWAY, MARLON

RESP OF: ALP
PHONE..: 570-547-0963 FAX: 570-547-9201
FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 12-06-2071

THE INMATE IS PROJECTED FOR RELEASE: 06-06-2072 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: 4:06CR00098-001
JUDGE...........................: FRIEDMAN
DATE SENTENCED/PROBATION IMPOSED: 04-25-2007
DATE COMMITTED..................: 05-31-2007
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $800.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 409 21:841 & 846 SEC 841-851
OFF/CHG: 21:848 CONTINUING CRIMINAL ENTERPRISE; 21:841(A)(1) PWITD
COCAINE BASE; 18:922(G)(1) POSSESS A FIREARM AFTER HAVING BEEN
PREVIOUSLY CONVICTED OF A FELONY. COUNTS 2, 3, 9, 10, 11.

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: LIFE
TERM OF SUPERVISION............: 10 YEARS
NEW SENTENCE IMPOSED...........: 240 MONTHS
BASIS FOR CHANGE...............: 1ST STEP ACT CRK COCN
DATE OF OFFENSE................: 01-01-2004

REGNO..: 65457-179 NAME: PETTAWAY, MARLON

RESP OF: ALP
PHONE..: 570-547-0963 FAX: 570-547-9201

-------------------------CURRENT OBLIGATION NO: 020 ---------------------------

OFFENSE CODE....: 130 18:924(C) FIREARMS LAWS
OFF/CHG: 18:924(C)(1)(A) POSSESS A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME; 18:924(C)(1)(A) POSSESS AND BRANDISH A F/A CTS 5, 6, 7

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 57 YEARS
TERM OF SUPERVISION............: 5 YEARS
RELATIONSHIP OF THIS OBLIGATION
TO OTHERS FOR THE OFFENDER....: CS TO OBLG 010
DATE OF OFFENSE................: 06-01-2002

----------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION...........: VIRGINIA, EASTERN DISTRICT
DOCKET NUMBER...................: 4:09CR17
JUDGE...........................: DAVIS
DATE SENTENCED/PROBATION IMPOSED: 08-09-2010
DATE COMMITTED..................: 03-14-2011
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

| | FELONY ASSESS | MISDMNR ASSESS | FINES | COSTS |
|---|---|---|---|---|
| NON-COMMITTED.: | $100.00 | $00.00 | $00.00 | $00.00 |

RESTITUTION...: PROPERTY: NO SERVICES: NO AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------

OFFENSE CODE....: 867 18:1513 OBSTRUCTING JUSTICE
OFF/CHG: 18:1513(B)(1) RETALIATION AGAINST A WITNESS. CT.1

SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.: 480 MONTHS
TERM OF SUPERVISION............: 5 YEARS
DATE OF OFFENSE................: 07-16-2008

REGNO..: 65457-179 NAME: PETTAWAY, MARLON

RESP OF: ALP
PHONE..: 570-547-0963 FAX: 570-547-9201

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-06-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-22-2021 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020, 020 010

DATE COMPUTATION BEGAN..........: 04-25-2007
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............: 77 YEARS
TOTAL TERM IN EFFECT CONVERTED..: 77 YEARS
AGGREGATED TERM OF SUPERVISION..: 10 YEARS
EARLIEST DATE OF OFFENSE........: 06-01-2002

| JAIL CREDIT......................: | FROM DATE | THRU DATE |
|---|---|---|
| | 04-20-2005 | 04-20-2005 |
| | 07-15-2005 | 07-16-2005 |
| | 08-21-2006 | 04-24-2007 |

TOTAL PRIOR CREDIT TIME.........: 250
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 4090
TOTAL GCT EARNED................: 796
STATUTORY RELEASE DATE PROJECTED: 06-06-2072
ELDERLY OFFENDER TWO THIRDS DATE: 12-19-2057
EXPIRATION FULL TERM DATE.......: 08-18-2083
TIME SERVED.....................: 16 YEARS 5 MONTHS 23 DAYS
PERCENTAGE OF FULL TERM SERVED..: 21.4
PERCENT OF STATUTORY TERM SERVED: 25.0

G0002 MORE PAGES TO FOLLOW . . .

REGNO..: 65457-179 NAME: PETTAWAY, MARLON

RESP OF: ALP
PHONE..: 570-547-0963 FAX: 570-547-9201

PROJECTED SATISFACTION DATE.....: 06-06-2072
PROJECTED SATISFACTION METHOD...: GCT REL

S0055 NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE