```
  BUTB5          *            INMATE DISCIPLINE DATA          *      02-09-2023
PAGE 001         *      CHRONOLOGICAL DISCIPLINARY RECORD     *      10:59:33

REGISTER NO: 65457-179 NAME..: PETTAWAY, MARLON
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-09-2023

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3277968 - SANCTIONED INCIDENT DATE/TIME: 07-11-2019 0840
DHO HEARING DATE/TIME: 10-15-2019 1159
FACL/CHAIRPERSON.....: ALP/BITTENBEND
REPORT REMARKS.......: INITIAL DHO HEARING HELD 7/29/19 - REKEY DUE TO SENTRY
                       KEYING ERROR - I/M CLAIMED OWNERSHIP OF WEAPONS
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DS          / 30 DAYS / CS
                    FROM: 07-29-2019  THRU: 08-27-2019
        COMP:    LAW:     PUNISH FOR MISCONDUCT
                          D/S BEGAN 7/29/19 - EXP 8/27/19
        LP PHONE    / 8 MONTHS / CS
                    FROM: 07-29-2019  THRU: 03-28-2020
        COMP:    LAW:     PREVENT MISCONDUCT
                          BEGAN ON 7/29/19 EXP 3/28/20
        LP VISIT    / 8 MONTHS / CS
                    FROM: 07-29-2019  THRU: 03-28-2020
        COMP:    LAW:     PREVENT MISCONDUCT
                          BEGAN ON 7/29/19 EXP 3/28/20
-------------------------------------------------------------------------------
REPORT NUMBER........: 3277968 (REHEARD 10-15-2019 1159)
DHO HEARING DATE/TIME: 07-29-2019 1133
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2552295 - SANCTIONED INCIDENT DATE/TIME: 02-23-2014 1508
DHO HEARING DATE/TIME: 03-04-2014 1105
FACL/CHAIRPERSON.....: HAZ/T. LANE
REPORT REMARKS.......: I/M FOUND TO HAVE BEEN FIGHT JONES (73577-083) USING
                       FISTS.  ADMITS CHRG.
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DS          / 14 DAYS / CS
        COMP:    LAW:
        LP COMM     / 90 DAYS / CS
        COMP:    LAW:     RESTORE 06-03-2014
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2486845 - SANCTIONED INCIDENT DATE/TIME: 08-30-2013 1415
DHO HEARING DATE/TIME: 09-13-2013 1400
FACL/CHAIRPERSON.....: HAZ/LOHR D
REPORT REMARKS.......: I/M DENIED CHARGE/MADE DISRESPECTFUL STATEMENTS TO STAFF
                       DURING ESCORT/SPAT IN STAFF'S DIRECTION
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        DS          / 10 DAYS / CS
        COMP:    LAW:
        DS          / 20 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:



G0002       MORE PAGES TO FOLLOW . . .
```

GOVERNMENT EXHIBIT
3
4:06cr98

```
  BUTB5          *            INMATE DISCIPLINE DATA            *      02-09-2023
PAGE 002         *      CHRONOLOGICAL DISCIPLINARY RECORD       *      10:59:33

REGISTER NO: 65457-179 NAME..: PETTAWAY, MARLON
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-09-2023

DHO HEARING DATE/TIME: 09-13-2013 1400 REPORT 2486845 CONTINUED
        LP COMM    / 3 MONTHS / CS
        COMP:    LAW:    9/13/2013 THRU 12/13/2013
        LP EMAIL   / 3 MONTHS / CS
        COMP:    LAW:    9/13/2013 THRU 12/13/2013
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2432594 - SANCTIONED INCIDENT DATE/TIME: 04-14-2013 1615
UDC HEARING DATE/TIME: 04-17-2013 0950
FACL/UDC/CHAIRPERSON.: HAZ/D/MOORE
REPORT REMARKS.......: STATED THAT HE IS ON MEDICATION.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 45 DAYS / CS
        COMP:    LAW:    LOSS OF PRIVILEGE
   320  FAILING TO STAND COUNT - FREQ: 1
        LP COMM    / 45 DAYS / CS
        COMP:    LAW:    LOSS OF PRIVILEGE
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2348964 - SANCTIONED INCIDENT DATE/TIME: 09-08-2012 1820
DHO HEARING DATE/TIME: 10-26-2012 1350
FACL/CHAIRPERSON.....: HAZ/LOHR D
REPORT REMARKS.......: I/M DENIED CHARGE/ HOMEMADE METAL WEAPON RECOVERED FROM
                       HIS LOCKER
HEARING IS ALSO BASIS FOR EXECUTION OF LP OTHER   SUSPENDED 04-05-2012 1530
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:    LAW:
        LP COMM    / 3 MONTHS / CS
        COMP:    LAW:    10/26/2012 THRU 1/26/2013
        LP OTHER   / 3 MONTHS / CS
        COMP:    LAW:    TRULINCS PRIVILEGES
                         10/26/2012 THRU 4/26/2013
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2286434 - SANCTIONED INCIDENT DATE/TIME: 03-31-2012 1330
DHO HEARING DATE/TIME: 04-05-2012 1530
FACL/CHAIRPERSON.....: HAZ/LOHR D
REPORT REMARKS.......: I/M ADMITTED CHARGE/1 OF 2 I/M'S FIGHTING WITH ANOTHER
                       I/M-MINOR INJURIES
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P
        DS         / 30 DAYS / CS
        COMP:    LAW:



G0002       MORE PAGES TO FOLLOW . . .
```

```
  BUTB5          *           INMATE DISCIPLINE DATA           *     02-09-2023
PAGE 003 OF 003 *     CHRONOLOGICAL DISCIPLINARY RECORD      *     10:59:33

REGISTER NO: 65457-179 NAME..: PETTAWAY, MARLON
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 02-09-2023

DHO HEARING DATE/TIME: 04-05-2012 1530 REPORT 2286434 CONTINUED
        LP COMM    / 3 MONTHS / CS
        COMP:    LAW:    4/05/2012 THRU 7/05/2012
        LP OTHER   / 3 MONTHS / CS / SUSPENDED 180 DAYS
                   EXECUTED BASED ON HEARING OF 10-26-2012 1350
        COMP:    LAW:    TRULINCS PRIVILEGES
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1650490 - SANCTIONED INCIDENT DATE/TIME: 10-01-2007 1935
UDC HEARING DATE/TIME: 10-03-2007 1405
FACL/UDC/CHAIRPERSON.: HAZ/D/L HARVEY
REPORT REMARKS.......: LP COMM 60 DAYS SUSPENDED 180 DAYS CLEAR CONDUCT
                       DID NOT COMMITT 307 REFUSING TO OBEY AN ORDER
   312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
        LP COMM    / 60 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    LOSS OF COMMISARY 60 DAYS SUSPENDED 180 DAYS

G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```